IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERCIL K. GATES
ADC #143759
                                                                              PLAINTIFF

v.                         Case No. 2:10-cv-77-DPM/JTR

RAY HOBBS, TOM BALL, CHARLENE BOGAN,
LORETHA A. BELL, MARCUS SACKVILLE,
JAMES BELL, JANICE BUFORD, D. YARBROUGH,
WENDY KELLEY, JUANITA STELL,
JOSEPH EDWARD HUGHES, CRYSTAL SIMMS,
GERALDINE G. CAMPBELL, and
JEFFERY J. SHEARMAN                                                  DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition—to which Gates and Defendant Shearman objected. Having conducted a *de novo* review of the record, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Ray's Proposed Findings and Recommended Partial Disposition. *Document No. 64*. The Court grants the motion to dismiss, *Document No. 51*, the Eighth Amendment-based claim against Defendant Jeffrey J. Shearman but does so without prejudice.

An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

                                     _____
                                     D.P. Marshall Jr.
                                     United States District Judge

                                     21 January 2011