IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERCIL K. GATES
ADC #143759                                                                 PLAINTIFF

v.                    Case No. 2:10-cv-77-DPM-JTR

TOM BALL, CHARLENE BOGAN,
LORETHA A. BELL, MARCUS SACKVILLE,
JAMES BELL, JANICE BUFORD,
JOSEPH EDWARD HUGHES, CRYSTAL SIMS,
and GERALDINE CAMPBELL                                              DEFENDANTS

ORDER

The Court has considered Magistrate Judge J. Thomas Ray's Proposed Findings and Recommended Partial Disposition, *Document No. 108*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Motion for summary judgment by Hughes, Campbell, and Sims, *Document No. 94*, is granted. Gates's claims against Hughes, Campbell, and Sims are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>14 July 2011</u>