IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ERCIL K. GATES
ADC #143759                                                                PLAINTIFF

v.                         No. 2:10-cv-77-DPM

RAY HOBBS, Director, Arkansas Department
of Correction; TOM BALL, Warden, East
Arkansas Regional Unit, ADC; CHARLENE BOGAN,
Sgt., East Arkansas Regional Unit, ADC; LORETHA A.
BELL, Sgt., East Arkansas Regional Unit, ADC;
MARCUS SACKVILLE, Sgt., East Arkansas Regional Unit,
ADC; JAMES BELL, Captain, East Arkansas Regional Unit,
ADC; JANICE BUFORD, Program Specialist,
East Arkansas Regional Unit, ADC; D. YARBROUGH,
Director, Correctional Medical Services; WENDY KELLEY,
Assistant Director, Arkansas Department of Correction;
JUANITA STELL, Ombudsman, Arkansas Department
of Correction; JOSEPH EDWARD HUGHES, Dr.,
East Arkansas Regional Unit, ADC; CRYSTAL SIMS,
Nurse, East Arkansas Regional Unit, ADC;
GERALDINE CAMPBELL, Nurse, East Arkansas Regional
Unit, ADC; and JEFF SHEARMAN, Nurse, East
Arkansas Regional Unit, ADC                                               DEFENDANTS

JUDGMENT

Gates's claims against Hobbs, Yarbrough, Kelley, Stell, Sims, Campbell,

Shearman, Hughes, Ball, Sackville, and Buford are dismissed without

prejudice. His claims against Bogan, Loretha A. Bell, and James Bell are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 August 2012

prejudice. His claims against Bogan, Loretha A. Bell, and James Bell are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 August 2012